ROSE DRUCKERMAN v. JAMES G. HARBORD and Others. GEORGE SAIEVETZ v. OWEN D. YOUNG and Others. LEO J. COSLOW and Others v. RADIO CORPORATION

OF AMERICA and Others. HARRY A. PROPP and Others v. ARTHUR E. BRAUN and Others. ANN SAPADIN v. JAMES G. HARBORD and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.